USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/21/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, INC., et al.,

                            Plaintiffs,

        -against-

MSC MEDITERRANEAN SHIPPING
COMPANY S.A., et al.,

                            Defendants.

------------------------------------------------------------x

19-CV-5716 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., United States District Judge:**

This matter has been referred to the Magistrate Judge for General Pretrial purposes, and accordingly, the initial conference currently scheduled for April 11, 2020 at 11:00 a.m. is hereby **ADJOURNED.**

**SO ORDERED.**

Dated:      February 21, 2020
              New York, New York

                                       **HON. ANDREW L. CARTER, JR.**
                                       **United States District Judge**